AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Midwest Operating Engineers Welfare Fund, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 16-CV-8782 |
| Great Lakes Specialty Diving, et al. ) | |
| *Defendant* ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*    03/13/2018    .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:    01/24/2023

*CLERK OF COURT*

*Sarah Bouchard*

*Signature of Clerk or Deputy Clerk*

# *United States District Court*

### *Northern District of Illinois*
### *Eastern Division*

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed documents(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

**IN TESTIMONY WHEREOF:**

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on 1/24/2023

THOMAS G. BRUTON, CLERK

By: *Sarah Bouchard*

Deputy Clerk

Case: 1:16-cv-08782 Document #: 37 Filed: 03/13/18 Page 1 of 1 PageID #:725

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Midwest Operating Engineers Welfare Fund, et al.
                                               Plaintiff,
v.
                                                            Case No.:
                                                            1:16−cv−08782
                                                            Honorable Sara L.
                                                            Ellis
Great Lakes Specialty Diving, et al.
                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 13, 2018:

MINUTE entry before the Honorable Sara L. Ellis: Joint motion to enter consent judgment against Great Lakes and voluntary dismissal without prejudice of LM Fabrication, LLC [35] is granted. Great Lakes should pay the following delinquent and fringe benefit contributions and union dues to Plaintiffs: $237,725.85 in delinquent fringe benefit and CRF contributions; $166,692.48 in interest and liquidated damages for unpaid fringe benefit contributions; $6,949.51 in delinquent Union dues; to Local 150; $26,681.25 for reasonable attorneys fees; and. $622.59 for costs of this action for a total Consent Judgment amount of $438,671.68. The Court dismisses Plaintiffs claims against LM Fabrication, LLC without prejudice. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.